**UNITED STATES DISTRICT COURT**
Northern District Of Texas
Dallas Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § § | **CASE NO: 3:25CR457** |
| **FANGZHOU (AMBER) CHEN** | § | |

**DEFENDANT'S UNOPPOSED MOTION
FOR CONTINUANCE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Amber CHEN, Defendant, by and through her recently retained counsel of record, Steven Hayden, and files this <u>Unopposed Motion for Continuance</u>. The Defendant would show this Court as follows:

Defendant and Defense Counsel are still evaluating the case for disposition; First Production has been distributed to the Defense, and on February 6th, 2026 a large hard drive has been provided to the Government for additional evidence. In the intervening weeks prior to the next pretrial setting, Counsel Hayden will be examining the discovery with an investigator and discussing potential disposition options with the Government, if appropriate. This Motion is not filed merely for the purposes of delay, and it is not opposed by the Government.

For the above stated reasons, Defendant respectfully requests the Court to calendar the above referenced cause on a new scheduling order.

Respectfully submitted,

/s/ Steven Hayden

Steven Hayden
SBN 24006245
2351 W NW Hwy #1303
Dallas, Texas 75220

haydenlaw@verizon.net  
Telephone: (214) 678-9663  
Cell: (469) 569-4779  
Facsimile: (214) 631-2375

## **CERTIFICATE OF SERVICE AND CONFERENCE**

This is to certify that defense Counsel has corresponded with both AUSA assigned to this case in person on February 5th, 2026, and has secured their non-opposition to the above <u>Motion for Continuance</u>.  A true and correct copy of this motion has been emailed to Mr. Mazzurco at vincent.mazzurco@usdoj.gov on this February 6th, 2026.

/s/ Steven Hayden

Steven Hayden, Counsel for Defendant