## UNITED STATES DISTRICT COURT
### Northern District Of Texas
### Dallas Division

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | §    **CASE NO: 3:25CR457** |
| | § |
| FANGZHOU (AMBER) CHEN | § |

## DEFENDANT'S NON-OPPOSITION TO
## UNSEALING THE MOTION FOR BOND RECONSIDERATION

Defendant Amber CHEN, by and through her undersigned counsel Steven Hayden, respectfully communicates to this Honorable Court and opposing counsel that the Defense is not opposed to unsealing their Motion (Dkt.39) urging the Court to reconsider her bond status.

Respectfully submitted,

/s/ Steven Hayden

Steven Hayden
SBN 24006245
2351 W NW Hwy #1303
Dallas, Texas 75220
haydenlaw@verizon.net
Telephone: (214) 678-9663
Cell: (469) 569-4779
Facsimile: (214) 631-2375

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Notice has been emailed to AUSA Mazzurco at vincent.mazzurco@usdoj.gov and other relevant email addresses on February 9th, 2026.

/s/ Steven Hayden
Steven Hayden, Counsel for Defendant