IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

FANGZHOU CHEN
a/k/a Amber Chen

NO. 3:25-CR-457-N

# FACTUAL RESUME

In support of Fangzhou Chen's plea of guilty to the offense in Count One of the indictment, Chen, the defendant, Steven Hayden, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the indictment, charging a violation of 18 U.S.C. § 2261A, that is, Cyberstalking, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That the defendant used the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce;

*Second.* That the defendant did so with the intent to harass, intimidate or place under surveillance with intent to harass or intimidate Victim 1; as charged in the indictment;

*Third.* That through the use of the mail, computer interactive service, electronic communication service or system or other facility of interstate or foreign commerce, the defendant engaged in a course of

[1] Fifth Circuit Pattern Jury Instruction 2.86B (5th Cir. 2024).

conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to Victim 1 or a member of Victim 1's immediate family or spouse.

## STIPULATED FACTS

1. Fangzhou Chen admits and agrees that starting in or around October 2021, the precise date being unknown, and continuing through October 1, 2025, within the Northern District of Texas, Dallas Division, and elsewhere, she, with the intent to harass and intimidate, and place under surveillance with intent to harass and intimidate, Victim 1, did use the mail, an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1 or a member of Victim 1's immediate family or spouse, in violation of 18 U.S.C. § 2261A(b)(2).

2. Beginning sometime in October 2021, the defendant admits that she sent repeated electronic messages to Victim 1 by text and on a social media platform. The defendant also admits that she visited Victim 1's home and office leaving unsolicited packages for him.

3. On or about October 12, 2024, the defendant admits that she made a false tip to federal law enforcement that Victim 1 intended to commit a mass-shooting at Victim 1's prior employer, a law firm. This tip resulted in Dallas Police Department responding to Victim 1's home located in the Dallas Division of the Northern District of Texas to conduct a welfare check.

4. In or around December 2024, the defendant admits that she used her social media account to make multiple posts about Victim 1 and multiple other victims that were intended to intimidate or harass those individuals. On or about January 8, 2025, the defendant posted to her social media profile: "[Victim 1] goes first" and "The Evil Nurse [Victim 1's spouse[2]] can stay alive. She needs to suffer."

5. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the indictment.

AGREED TO AND STIPULATED on this 30 day of OCTOBER, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

FANGZHOU CHEN
Defendant AMBER CHEN

JONGWOO CHUNG
N.C. Bar No. 52070
VINCENT J. MAZZURCO
New York Bar No. 5474259
Assistant United States Attorneys

1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel: 214-659-8600
Fax: 214-659-8805
Email: Jongwoo.Chung@usdoj.gov
Vincent.Mazzurco@usdoj.gov

STEVEN HAYDEN
Attorney for Defendant

[2] Victim 1's spouse is identified as Victim 6 in the indictment.